No. 92–6425. POLAN v. UNITED STATES. C. A. 3d Cir. Certiorari denied. JUSTICE WHITE and JUSTICE BLACKMUN would grant certiorari.